SECOND DEPARTMENT, MAY, 1973

(May 24, 1973) **

In the Matter of MORRIS BREWER, Petitioner, v. JOHN E. CONE, as Administrative Justice of the Supreme Court, Kings County, et al., Respondents. — Proceeding pursuant to CPLR article 78 to compel respondents (1) to perform certain unspecified acts or duties petitioner alleges are enjoined upon them

** Not published with other decisions of May, 1973, 41 A D 2d 930.— [REP.

to perform, by operation and (2) to refrain from interfering with petitioner's rights. Motion by respondent Mr. Justice Cone to dismiss the proceeding. Motion to dismiss the proceeding granted and proceeding dismissed on the merits, without costs. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.